## B. FLORANCE v. JAMES BONNER.

Where an appeal is evidently taken for delay, the appellee is entitled to damages.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J.
A. *Marks*, for plaintiff. *Goold*, for defendant and appellant.

OGDEN, J. The defendant has appealed from a judgment rendered against him on his own acceptance, for the sum of $1751 33. No appearance was made by the defendant in the court below, and no defence has been set up in this court. The appeal is evidently taken for delay, and the appellee is entitled to damages as prayed for in his answer.

It is therefore ordered, adjudged and decreed, that the judgment of the court below be affirmed, with costs and damages for a frivolous appeal, to wit, the sum of $175.

---

## M. M. WOOTEN v. ADAM GEISSER.

The plaintiff charged in his petition, that defendant " had debauched a young woman who stood in the relation of daughter and servant to him, by means whereof he lost her services and was put to great expense." There was no allegation that either violence or craft was used by defendant. *Held :* The nature of the title by which the plaintiff sued, was not disclosed with sufficient clearness.

APPEAL from the Third District Court of the Parish of Jefferson, *J. Calvitt Clarke*, J. *Marks*, for plaintiff and appellant. *Michel*, for defendant.

SPOFFORD, J. The plaintiff sued for ten thousand dollars damages, upon the allegation that the defendant, contriving, and wrongfully and unjustly intending to injure him, had debauched a young woman who stood in the relation of daughter and servant to him, by means whereof he lost her services, and was put to great expense.

The defendant filed an exception to the petition, in the nature of a demurrer, on the ground that there was no legal cause of action distinctly set forth.

Thereupon the suit was dismissed.

We think the exception was properly sustained.

The plaintiff did not disclose with sufficient clearness the nature of the title by which he sued. The girl could not well be both his daughter and servant. The brief filed on his behalf in this court, speaks of her as his minor sister. There is no allegation in the petition that he was her tutor.

There is another defect. It is not alleged that either violence or craft was employed by the defendant, and we are left to infer that the woman was as guilty as himself.

It is unnecessary to decide whether an action of this description could be maintained under *any* circumstances.

The judgment is affirmed, with costs.